UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LESLIE EPPS, ET AL.,** )<br>    Plaintiffs,   )<br>                    )<br>    v.              )<br>                    )<br>**TOWN OF BROOKLINE,** )<br>    Defendant.      )<br>                    )<br>                    ) | **Civil Action No.**<br>**16-11246-WGY** |

### MEMORANDUM AND ORDER

**YOUNG, J.**

On July 11, 2016, this Court issued a Memorandum and Order (Docket No. 5) granting plaintiff Leslie Epps's Motion for Leave to Proceed *in forma pauperis* but denying the motion with respect to co-plaintiff Fresh LemonAid, Inc.(FLAI). This Court directed FLAI to pay the apportioned share of the filing and administrative fees ($200.00) by August 2, 2016, failing which, its claims would be dismissed. Additionally, this court advised that plaintiff Epps could not proceed *pro se* on behalf of FLAI, and directed that the claims of FLAI would be dismissed unless counsel filed a Notice of Appearance for FLAI by August 2, 2016. Finally, this court directed plaintiff Epps to file an Amended Complaint by August 23, 2016 if FLAI did not pay the fees or have counsel to represent it in this action.

To date, FLAI has failed to pay the filing and administrative fees as directed, and no Notice of Appearance been filed by duly-licensed counsel for FLAI. Further, plaintiff Epps has failed to file an Amended Complaint as directed and the time

period for doing so has expired.

Accordingly, for the failure of FLAI to pay the filing and administrative fees and obtain counsel as directed, it is hereby Ordered that all of FLAI's claims are <u>DISMISSED</u> without prejudice.  It is Further Ordered that, for the failure of plaintiff Epps to file an Amended Complaint as directed, and for the reasons set forth in the Memorandum and Order (Docket No. 5), all of her claims are <u>DISMISSED</u>.

This action shall be closed on the court's dockets.

**So ordered.**

<u>/s/ William G. Young</u>
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE

Dated: September 7, 2016